433 A.2d 4

COMMONWEALTH of Pennsylvania

v.

Richard Lee DODSON, Appellant.

Supreme Court of Pennsylvania.

Submitted May 18, 1981.

Decided July 2, 1981.

Courtney J. Graham, Chambersburg, for appellant.

John R. Walker, Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed.